Order entered January 14, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00224-CR

**JORGE SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Criminal Court No. 11
Dallas County, Texas
Trial Court Cause No. MA10-72305-N

## ORDER

In accordance with our opinion of this date, we **GRANT** appellant's October 12, 2012 motion to review the trial court's determination of non-indigency, to find him indigent for purposes of appeal, to supplement the appellate record, and to permit supplementation of his brief. The trial court's ruling that appellant is not an indigent for purposes of appointment of counsel and provision of a free appellate record is **REVERSED**.

We **ORDER** the trial court clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental record containing the information and the attachments filed with appellant's motion for new trial.

We **ORDER** the court reporter to file, within **THIRTY DAYS** of the date of this order, the complete reporter's record without payment of costs by appellant.

We **GRANT** appellant permission to file a supplemental brief addressing the merits of his appeal within **THIRTY DAYS** of the date the reporter's record is filed. In the event appellant files a supplemental brief, we further **GRANT** the State permission to file, within **THIRTY DAYS** of the date appellant's supplemental brief is filed, a supplemental State's brief addressing the contentions raised in appellant's supplemental brief.

_____
CAROLYN WRIGHT
CHIEF JUSTICE